UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA FLORES VIERA,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-04909-SB-JPR<br><br>ORDER OF DISMISSAL |

    The parties filed a notice of settlement on September 12, 2024.[1]  This action is therefore dismissed in its entirety without prejudice.  For 90 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 91st day, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 90 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to*

---

[1] The notice of settlement is correctly captioned and signed by counsel for Plaintiff and for Defendant Ford Motor Company, but it mistakenly identifies the defendant as Nissan North America, Inc. in the body of the notice.  The Court accepts the notice as reflecting the settlement of this case.  If the notice was filed in error, the parties shall file a statement so indicating by no later than September 17, 2024, and the Court will vacate this dismissal order and hold the parties to the previously set scheduling order.

*appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: September 12, 2024

                                    Stanley Blumenfeld, Jr.
                                United States District Judge