JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA FLORES VIERA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants, | Case No.: 2:23-cv-04909-SB-JPR<br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation and the Court's order of dismissal at Dkt. No. 17, the entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice.

DATE: _December 12, 2024_      By: _____

Stanley Blumenfeld, Jr.
United States District Judge